# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 8, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159979(59)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JAWAD A. SHAH, M.D., PC, doing business as
INSIGHT PAIN MANAGEMENT CENTER,
          Plaintiff-Appellee,

v

SC: 159979
COA: 340441
Genesee CC: 15-105466-NF

FREMONT INSURANCE COMPANY,
          Defendant-Appellant.
_____/

        On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED.  The reply submitted on November 5, 2019, is accepted as timely filed.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

          November 8, 2019

                                        Clerk